IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION
LOCAL UNION NO. 2,

        Plaintiff,

v.                                              Case No. 05-4086-RDR

McELROY'S, INC.,

        Defendant.

## ORDER

Having considered David L. Vogel's Motion to Withdraw and Entry of Appearance of Stewart L. Entz (Doc. 27), the court finds good cause exists that it be granted.  Accordingly,

**IT IS THEREFORE ORDERED** that David L. Vogel's Motion to Withdraw and Entry of Appearance of Stewart L. Entz (Doc. 27) is hereby granted.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2006, at Topeka, Kansas.

                                                          s/ K. Gary Sebelius
                                                          K. Gary Sebelius
                                                          U.S. Magistrate Judge